# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHOENIX TRADING, INC., et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>STEVEN L. KAYSAR, et al.,<br><br>  Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C10-0920JLR |

☐ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendants' Special Motion to Strike pursuant to Washington's Anti-SLAPP ("strategic lawsuits against public participation") statutes, RCW 4.24.510 and RCW 4.24.525, is GRANTED, and Plaintiffs' action is dismissed with prejudice. (*See* Order (Dkt. # 68).) Pursuant to RCW 4.24.525(6)(a), Defendants are awarded fees, costs, and penalties in the total amount of $53,288.04 (*see* Order re: Fees (Dkt. # 74)), as follows:

(1) $19,114.61 in attorneys' fees; (2) $4,173.43 in costs; and (3) $30,000.00 in mandatory statutory penalties ($10,000 per Defendant).

Filed this 21st day of November, 2011.

WILLIAM M. MCCOOL
Clerk of Court

s/Mary Duett      Deputy Clerk